IN THE SUPREME COURT

| 156A15 | State v. Anna Laura Huckelba | 1. State's Motion for Temporary Stay (COA14-916) | 1. Allowed **05/08/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| 156A15 | State v. Anna Laura Huckelba | State's Motion to Amend Record on Appeal | Allowed **06/26/2015** |
| 157P15 | Tony Harold Pope, Administrator of the Estate of Susan Lanier Fries v. Bridge Boom, Inc. | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-221) | 1. Denied |
| | | 2. Pltf's Motion to Amend PDR | 2. Allowed |
| 158P15 | In the Matter of Appeal of Parkdale Mills and Parkdale America from the Decisions of the Davidson County Board of Equalization and Review Concerning the Valuation of Certain Real Property for the Tax Year 2007 | Respondent's (Davidson County) PDR Under N.C.G.S. § 7A-31 (COA14-763) | Denied |
| 159P15 | State v. Jamar Ishmeal Wright | Def's PDR Under N.C.G.S. § 7A-31 (COA14-997) | Denied |
| 160P15 | In the Matter of L.L.B., a Juvenile | Respondent-Mother's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-1106) | Denied |
| 161P15 | Citibank, N.A. v. Henry M. Michaux, Jr., et al. | Def's PDR Under N.C.G.S. § 7A-31 (COA14-667) | Denied |
| 162P15 | Tonya M. Price v. Robert Calder, Jr. | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-832) | Denied |
| 163A15 | Ivan McLaughlin and Timothy Stanley v. Daniel Bailey, in his Individual and Official Capacity as Sheriff of Mecklenburg County, and Ohio Casualty Insurance | 1. Plts' Notice of Appeal Based Upon a Dissent (COA14-446) | 1. — |
| | | 2. Plts' Notice of Appeal Based Upon a Constitutional Question | 2. — |
| | | 3. Plts' PDR as to Additional Issues | 3. Allowed |
| | | 4. Defs' Motion to Dismiss Appeal | 4. Allowed |
| | | | **Ervin, J., recused** |